IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHARLES MILLER, Individually and on Behalf of All Others Similarly Situated, *et al.*, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-11-3625 |
| GLOBAL INDUSTRIES, LTD., *et al.*, | § § § | |
| Defendants. | § | |

**ORDER ON SETTING SCHEDULING AND STATUS CONFERENCE**

On October 11, 2011, Charles Miller, individually and on behalf of all shareholders of Global Industries, Ltd., filed this securities class action against Global Industries and its board of directors. (Docket Entry No. 1). Miller seeks to enjoin Global Industries from proceeding with a proposed merger announced on September 12, 2011, as scheduled to occur sometime in early 2012. Miller has moved to expedite discovery and for a preliminary injunction, (Docket Entries No. 2, 7), and the defendants have moved to dismiss, (Docket Entry No. 9). A conference is set in Courtroom 11-B for **Thursday, November 3, 2011 at 8:30 a.m.** to set a schedule for considering these motions.

SIGNED on October 24, 2011, at Houston, Texas.

                                    _____
                                    Lee H. Rosenthal
                                    United States District Judge