# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| CHARLES MILLER, CHARLES MILLER IRA, and CHARLES AND RUTHELLEN MILLER, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>GLOBAL INDUSTRIES LTD, JOHN A. CLERICO, EDGAR G. HOTARD, EDWARD P. DJEREJIAN, LAWRENCE R. DICKERSON, RICHARD A. PATTAROZZI, CHARLES O. BUCKNER, LARRY EARL FARMER, CHARLES R. ENZE, JOHN B. REED JR., and APOLLON MERGER SUB B, INC.<br><br>Defendants. | Case No. 4:11-cv-03625 |

## Order of Dismissal With Prejudice

On this the day came on to be heard and considered the Motion to Dismiss With Prejudice of Plaintiff, CHARLES MILLER, CHARLES MILLER IRA, and CHARLES AND RUTHELLEN MILLER, Individually and On Behalf of All Others Similarly Situated, with respect to their claims against Defendants, Global Industries and its Board of Directors, and the Court being of the opinion that said motion should be in all things granted; it is, therefore,

ORDERED, ADJUDGED and DECREED that the cause of action being asserted by Plaintiffs against Defendants, Global Industries and its Board of Directors, is hereby dismissed With prejudice, costs to be paid by the party incurring same.

SIGNED this the 30th day of May, 2012.

_____
JUDGE PRESIDING

APPROVED TO AS TO FORM AND SUBSTANCE:

**BROTHERS, SEPULVEDA & ALVARADO, P.C.**

By:  *Karen M. Alvarado*
     Karen M. Alvarado
     State Bar No. 11067050
     kalvarado@brothers-law.com
     Two Memorial City Plaza
     820 Gessner, Suite 1075
     Houston, Texas 77024
     (713) 337-0750
Fax: (713) 337-0760

**FARUQI & FARUQI, LLP**
Juan E Monteverde
Shane Rowley
369 Lexington Ave., 10th Floor
New York, New York 10017
(212) 983-9330
Fax: (212) 983-9331

**Attorneys for Plaintiff**